# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| TRACYN PAONI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 19-cv-3159 |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (d/e 20) (Motion) is ALLOWED in part. The Defendant Commissioner does not object to an award of fees, but wants the opportunity to check to see if an award of fees is subject to set off, as discussed below. This Court, therefore, awards Plaintiff $5,717.44 in attorney fees (the "Award"). The Award fully and completely satisfies any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the EAJA.

The Award belongs to Plaintiff, but Plaintiff may, and has, assigned his right to the Award to his attorney Howard D. Olinsky. Motion, at 1. The United States may also take an offset against the Award to satisfy any pre-

existing debts that Plaintiff owes the United States.  See Astrue v. Ratliff, 560 U.S. 586 (2010).  If the United States determines that all or any portion of the Award is not subject to offset for such debts, Defendant shall pay the portion of the Award not subject to offset to Plaintiff's attorney Howard D. Olinsky.

ENTER:  July 24, 2020

_s/ Tom Schanzle-Haskins_
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE